# EXHIBIT A

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: Kevin M Buntrock, DI | ☐ | | | |
| At: Los Angeles FDO | ☐ | | 6. File Title | |
| | ☐ | | | |
| 7. ☐ Closed  ☐ Requested Action Completed | ☐ | | | |
| ☐ Action Requested By: | ☐ | | 8. Date Prepared | |
| | | | 04-08-2015 | |
| 9. Other Officers: | | | | |

10. Report Re: Intelligence Regarding CMRAs utilized by the KABOV DTO

**DETAILS**

1. Reference is made to a Report of Investigation (ROI) titled "Intelligence Regarding CMRAs utilized by the KABOV DTO" dated December 18, 2014, and all other ROIs under this file title.

2. On March 31, 2014, Detective George Beshai of the Los Angeles Police Department Parcel Squad emailed Diversion Investigator (DI) Kevin Buntrock information pertaining to three commercial mail receiving agencies (CMRA) used by the KABOV DTO. The information was provided to Detective Beshai by a United States Postal Inspection Service (USPIS) analyst.

3. On April 2, 2014, DI Buntrock reviewed the information. The information consisted of the most recent CMRA applications in possession of USPIS for each of the following addresses: 11301 W. Olympic Blvd. #511, Los Angeles, CA 90064; 2355 Westwood Blvd. #409, Los Angeles, CA 90064; and 11693 San Vicente Blvd. #506, Los Angeles, CA 90049.

4. The application (attached) for 11301 W. Olympic Blvd. #511, Los Angeles, CA 90064 lists Obai AHMADI as the owner. The application is dated April 16, 2010. An application (attached) dated April 18, 2013, also lists Obai AHMADI as the owner of box 514 at that location. The full address of that box is 11301 W. Olympic Blvd. #514, Los Angeles, CA 90064.

| 11. Distribution: Division | 12. Signature (Agent) | 13. Date 04-08-2015 |
|---|---|---|
| District | Kevin M Buntrock, DI | |
| Other    SARI ODG | 14. Approved (Name and Title) /s/ Marlon C Whitfield, GS | 15. Date 04-09-2015 |

DEA Form       - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

KABOV_ 001087

EXHIBIT A

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. | | 2. G-DEP Identifier |
|---|---|---|---|
| *(Continuation)* | 3. File Title | | |
| 4.<br>**Page   2   of   2** | | | |
| 5. Program Code | | 6. Date Prepared<br>04-08-2015 | |

5. The application (attached) for 2355 Westwood Blvd. #409, Los Angeles, CA 90064, lists Jennifer Mazur (NADDIS ⬛⬛⬛⬛) as the owner. The application is dated May 24, 2013.

6. The application (attached) for 11693 San Vicente Blvd. #506, Los Angeles, CA 90049, lists Berry KABOV as the owner. The application is dated February 28, 2002.

7. This investigation continues.

**<u>INDEXING</u>**



---

**DEA** Form       **- 6a**
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

KABOV_ 001088

EXHIBIT A

United States Postal Service

# Application for Delivery of Mail Through Agent
See Privacy Act Statement on Reverse

JUN 24 2013

1. Date    5/24/13

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service — upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public. The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| | |
|---|---|
| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. *(Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Include two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.)*  Jennifer Mazur | 3a. Address to be Used for Delivery *(Include PMB or # sign.)*  Name/Company 2355 Westwood Blvd.  PMB # or# 409 |

3b. City  Los Angeles    3c. State  CA    3d. ZIP + 4  90064-2109

4. Applicant authorizes delivery to and in care of:

a. Name   Mail and More in California

b. Address (No., street, apt./ste. no.)   2355 Westwood Blvd.

c. City  Los Angeles    d. State  CA    e. ZIP + 4  90064-2109

5. This authorization is extended to include restricted delivery mail for the undersigned(s):  Signature!

6. Name of Applicant   Jennifer Mazur

7.

7e. Applicant Telephone Number *(Include area code)*

West Hollywood   CA   90069

8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification.

a. CA DL    4/24/2013

b. U.S. Passport  # 464 98692   02/10/2020

9. Name of Firm or Corporation

10a. Business Address *(No., street, apt./ste. no)*

10b. City    10c. State   10d. ZIP + 4

Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification must be retained by agent for verification.

10e. Business Telephone Number *(Include area code)*

11. Type of Business

12. If applicant is a firm, name each member whose mail is to be delivered. *(All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)*

13. If a CORPORATION, Give Names and Addresses of Its Officers

14. If business name *(corporation or trade name)* has been registered, give name of county and state, and date of registration.

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties).

15. Signature of Agent/Notary Public

16. Signature of Applicant *(If firm or corporation, application must be signed by officer. Show title.)*

PS Form **1583**, December 2004 *(Page 1 of 2)* (7530-01-000-9365)    This form on Internet at www.usps.com

KABOV_ 001089

# EXHIBIT A

BOX # [ ] [3 MOS] [6 MOS] [12 MOS]   X511
AHMADI PG

United States Postal Service®
**Application for Delivery of Mail Through Agent**
See Privacy Act Statement on Reverse

1. Date  4/16/10

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public. The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. *(Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.)* Obai Ahmadi | 3a. Address to be Used for Delivery (Include PMB or # sign.) | | |
|---|---|---|---|
| | 3b. City | 3c. State | 3d. ZIP + 4® |
| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): | | |
| a. Name  Obai Ahmadi | THE UPS STORE 511 | | |
| b. Address *(No., street, apt./ste. no.)* ▮▮▮ | 11301 W. Olympic Blvd., Suite #121 | | |
| c. City  Los Angeles  d. State CA  e. ZIP + 4  90066 | Los Angeles, CA 90064 | | |
| 6. Name of Applicant  Obai Ahmadi | 7a. Applicant Home Address *(No., street, apt./ste. no)* | | |
| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification.  a. | 7b. City | 7c. State | 7d. ZIP + 4 |
| | 7e. Applicant Telephone Number *(Include area code)* | | |
| b. | 9. Name of Firm or Corporation  Muskatee | | |
| | 10a. Business Address *(No., street, apt./ste. no)* | | |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10b. City | 10c. State | 10d. ZIP + 4 |
| | 10e. Business Telephone Number *(Include area code)* | | |
| | 11. Type of Business | | |

12. If applicant is a firm, name each member whose mail is to be delivered. *(All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)*

| 13. If a CORPORATION, Give Names and Addresses of Its Officers | 14. If business name *(corporation or trade name)* has been registered, give name of county and state, and date of registration. |
|---|---|

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties).

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant *(If firm or corporation, application must be signed by officer. Show title.)* |
|---|---|

PS Form **1583**, December 2004 *(Page 1 of 2)* (7530-01-000-9365)                This form on Internet at www.usps.com®

EXHIBIT A

KABOV_ 001091

# EXHIBIT B

U.S. Department of Justice
Drug Enforcement Administration

---

## REPORT OF INVESTIGATION

Page 1 of 3

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: Kevin M Buntrock, DI<br>At: Los Angeles FDO | ☐<br>☐<br>☐<br>☐<br>☐ | | 6. File Title | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | | 8. Date Prepared<br>10-15-2015 | |
| 9. Other Officers: DI Evangelina Alvarez | | | | |
| 10. Report Re: Acquisition of Exhibits N-64 to N-67 (NN40) | | | | |

---

### SYNOPSIS

On October 1, 2015, at approximately 6:00 a.m., Drug Enforcement
Administration (DEA) Los Angeles Field Division (LAFD) Enforcement Group 2
executed a Federal search warrant at 11771 Montana Avenue, #307, Los
Angeles, California. Exhibits N-64 to N-67 were seized by Diversion
Investigator (DI) Lisa Troncoso during the search. From October 1, 2015 to
October 14, 2015, the aforementioned exhibits were temporarily stored for
safekeeping in the LAFD drug vault pending processing. Processing occurred
on various days from October 2, 2015, to October 14, 2015, when they were
submitted as processed evidence exhibits to the LAFD evidence room.

### DETAILS

1. On October 1, 2015, at approximately 6:00 a.m., Drug Enforcement
Administration (DEA) Los Angeles Field Division (LAFD) Enforcement Group 2
executed a Federal search warrant at 11771 Montana Avenue, #307, Los
Angeles, California.

2. Exhibits N-64 to N-67 were seized by Diversion Investigator (DI) Lisa
Troncoso during the execution of a search warrant at 11771 Montana Ave,
#307, Los Angeles, CA 90049.

3. Diversion Investigator (DI) Lisa Troncoso seized and took custody of
the aforementioned controlled substances and transported them via an

---

| 11. Distribution:<br>Division<br><br>District<br><br>Other   SARI ODG | 12. Signature (Agent)<br><br>Kevin M Buntrock, DI | 13. Date<br>10-15-2015 |
|---|---|---|
| | 14. Approved (Name and Title)<br>/s/ Marlon C Whitfield, GS | 15. Date<br>11-04-2015 |

DEA Form        - 6
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

EXHIBIT B

KABOV_075632

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. ███████████ | 2. G-DEP Identifier |
| | 3. File Title ██████████ | |
| 4. **Page   2   of   3** | | |
| 5. Program Code | 6. Date Prepared 10-15-2015 | |

official government vehicle (OGV) to DEA Los Angeles Field Division (LAFD) to be temporarily stored for safekeeping pending processing.

4. Upon arrival to LAFD, DI Buntrock took custody of Exhibits N-64 to N-67 and placed them in the LAFD evidence room as witnessed by DI Evangelina Alvarez and Evidence Custodian (EC) Stephen Smith.

5. On October 2, 2015, DI's Alvarez and Buntrock removed the aforementioned exhibits which were processed and returned to the LAFD overnight evidence room for safekeeping.

6. On October 5, 2015, DI's Alvarez and Buntrock removed the aforementioned exhibits which were processed and returned to the LAFD overnight evidence room for safekeeping.

7. On October 6, 2015, DI's Alvarez and Buntrock removed the aforementioned exhibits which were processed and returned to the LAFD overnight evidence room for safekeeping.

8. On October 7, 2015, DI's Alvarez and Buntrock removed the aforementioned exhibits which were processed and returned to the LAFD overnight evidence room for safekeeping.

9. On October 8, 2015, DI's Alvarez and Buntrock removed the aforementioned exhibits which were processed and returned to the LAFD overnight evidence room for safekeeping.

10. On October 9, 2015, DI's Alvarez and Buntrock removed the aforementioned exhibits which were processed and returned to the LAFD overnight evidence room for safekeeping.

11. On October 14, 2015, DI's Alvarez and Buntrock removed the aforementioned exhibits which were processed and submitted as processed evidence exhibits to the LAFD evidence room.

**CUSTODY OF EVIDENCE**

**DEA** Form     - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.


EXHIBIT B

KABOV_075633

**U.S. Department of Justice**
Drug Enforcement Administration

| | | 1. File No. | 2. G-DEP Identifier |
|---|---|---|---|
| **REPORT OF INVESTIGATION** | | ███████████████ | █████████████ |
| *(Continuation)* | | 3. File Title | |
| | | ██████████████ | |

| 4.  Page  3  of  3 | |
|---|---|
| 5. Program Code | 6. Date Prepared |
| | 10-15-2015 |

1. Exhibit N-64 – Misc. documents: Transunion letter Re: credit fraud; 2 page Notice of Change of terms of tenancy "Berry and Dalibor KABOV" 11757 Kiowa Ave. #2, Los Angeles, CA; Several earning statements for Dalibor KABOV from GLOBAL COMPOUNDING PHARMACY; 3 misc. business cards (2 A. Ganji Pain Cream MD, 1 American Pharmaceutical Ingredients)

2. Exhibit N-65 – Misc. documents: 1 prescription dated 1/16/12 from Joseph R. Altamirano, M.D. to Dimka Kabov for 120 count Norco 10/325 mg; CMRA rental agreement 11901 Santa Monica Blvd. #369, Los Angeles, CA 90025; Lease agreement signed by Dalibor KAOBV/Berry KABOV dated 8/3/11 for 11771 Montana Avenue, #307, Los Angeles, CA.

3. Exhibit N-66 – Misc. documents: 2012 Corvette Z06 receipt/paperwork; documents detailing purchase/ownership of 2 Bombardier jet skies

4. Exhibit N-67 – Document containing exported contact information (phone and/or email) from a Gmail account. Some contact names are underlined and/or marked with a date of birth.



**DEA** Form   **- 6a**
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

EXHIBIT B

# Mailbox Rental Services

**Today's Date: 2/16/2011**

Mail Boxes and More
11901 SANTA MONICA BL.
LOS ANGELES CA 90025
310-914-5675

Boxholder:  Dalibor D Kabov
11901 SANTA MONICA BLVD.  #369
LOS ANGELES, CA 90025

Re:  Initial Mailbox Rental                    Invoice Number:        16981

| Date | Description | Rent Paid | Fees | Deposits | Forwarding Income | Forwarding Expenses |
|------|-------------|-----------|------|----------|----------|----------|
| 2/15/2011 | OPEN: 6 months. | ☐ | $112.00 | $0.00 | $0.00 | $0.00 |
| 2/15/2011 | OPEN: Initial key deposit. | ☐ | $0.00 | $5.00 | $0.00 | $0.00 |
| 8/15/2011 | DUE: Mailbox rent. | ☐ | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Total Rent Amount, Deposits and Forwarding:** | | **$112.00** | **$5.00** | **$0.00** | **$0.00** |

**Total Received:**    **$117.00**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

EXHIBIT B

KABOV_097701

United States Postal Service®
**Application for Delivery of Mail Through Agent**
See Privacy Act Statement on Reverse

| 1. Date |
| --- |
| 02/15/11 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public. The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy of the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. *(Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.)* | 3a. Address to be Used for Delivery *(Include PMB or # sign.)* | | |
| --- | --- | --- | --- |
| *Dalibor Kabov* | 11901 SANTA MONICA BLVD PMB 369 | | |
| | 3b. City | 3c. State | 3d. ZIP + 4 |
| | LOS ANGELES | CA | 90025 |

| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): |
| --- | --- |
| a. Name   MAILBOXES & MORE | |
| b. Address *(No., street, apt./ste. no.)* 11901 SANTA MONICA BL STE 110 | |

| c. City | d. State | e. ZIP + 4 |
| --- | --- | --- |
| LOS ANGELES | CA | 90025 |

| 6. Name of Applicant | 7a. Applicant Home Address *(No., street, apt./ste. no)* |
| --- | --- |
| *Dalibor Kabov* | 11693 San Vicente blvd #506 |

| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City | 7c. State | 7d. ZIP + 4 |
| --- | --- | --- | --- |
| | Los Angeles | CA | 90049 |
| a.   CA DL | 7e. Applicant Telephone Number *(Include area code)* |
| | 3107741652 |
| b.   Costco | 9. Name of Firm or Corporation |

| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10a. Business Address *(No., street, apt./ste. no)* |
| --- | --- |
| | 10b. City |
| | 10e. Business Telephone Number *(Include area code)* |
| | 11. Type of Business |

| 10b. City | 10c. State | 10d. ZIP + 4 |
| --- | --- | --- |

12. If applicant is a firm, name each member whose mail is to be delivered. *(All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)*

| 13. If a CORPORATION, Give Names and Addresses of Its Officers | 14. If business name *(corporate or trade name)* has been registered, give name of county and state, and date of registration. |
| --- | --- |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties).

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant *(If firm or corporation, application must be signed by officer. Show title.)* |
| --- | --- |

PS Form **1583**, December 2004 *(Page 1 of 2)* (7530-01-000-9365)

This form on Internet at www.usps.com®

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

EXHIBIT B

KABOV_097702

## Privacy Act Statement

Collection of this information is authorized by 39 USC 403 and 404. This information will be used to authorize delivery of the intended addressee's mail to another. The Postal Service may disclose this information to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the Postal Service is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract to the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to a labor organization as required by the National Labor Relations Act; for the purpose of identifying an address as an address of an agent to whom mail is delivered on the behalf of other persons; and to anyone when the delivery address is being used for the purpose of doing or soliciting business with the public. Completion of this form is voluntary; however, without the information, the mail will be withheld from delivery to the agent and delivered to the addressee, or, if the address of the addressee is that of the agent, returned to the sender.

PS Form 1583, February 1998  *(Reverse)*

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

EXHIBIT B

KABOV_097703

# Mailbox Service Agreement

CUSTOMER NAME : _Dalibar Kabui_     MAIL BOX NUMBER _369_

COMPANY : _____

ADDRESS : _11693 San Vicente Blvd #506 Los Angeles CA 90049_

HOME PHONE : _310 779 1652_     WORK PHONE : _____     FAX : _____

E-MAIL ADDRESS : _dkabou@gmail.com_  SS# ____-____-____  Mother's Maiden Name _Divacq_

1)   This Mailbox Service Agreement ("agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox (the "Mailbox") at Mail Boxes & More located at 11091 Santa Monica Boulevard. West Los Angeles. California (the "Center") under the terms set forth herein.

2)   Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate or fraudulent purpose or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state and local laws. Customer acknowledges that only those individuals or entities listed on U.S. postal Service Form 1583 ("1583") are authorized to receive mail or packages at the Mailbox

3)   This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583 may be disclosed upon request of any law enforcement or other governmental agency, or when legally mandated. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process (in California). Customer further agrees to sign an updated version of this Agreement upon request, provided that any such request shall not exceed once per year.

4)   Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5)   Customer agrees to pay a refundable security and key deposit of $5 - , as well as applicable monthly service fees. The security and key deposit is refundable upon expiration, cancellation or termination of this Agreement, provided that Customer returns the key to the Mailbox, and pays all sums owed to the Center. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may hold mail and packages pending payment. There will be no proration or refunds for cancellation of any service. Customer agrees to pay a late fee of five dollars ($5) if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of fifteen dollars ($15). Mailbox service fees and other related fees stated herein are subject to change. In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center will require Customer to upgrade to larger size mailbox and pay any additional charge. In the event the Customer refuses to upgrade to a larger size mailbox, or a larger mailbox is not available at the Center, the Customer agrees to pay for a larger mailbox while the Customer remains in the existing mailbox. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6)   Upon expiration cancellation or termination of this Agreement, the Center will forward Customer's mail and packages for thirty (30) days, provided Customer pays the postage, packaging material, and forwarding in advance. Thereafter, if the Customer requires forwarding of mail or packages, Customer agrees to pay additional fees for such service. If necessary arrangement and payment are not made in advance to forward mail or packages upon the expiration, cancellation or termination of this Agreement or expiration of any pre-arranged forwarding period ("Final Service Date"), Customer's mail and packages may be refused or returned to sender, The Center may discard or destroy any mail or package delivered to or remaining at the Center more than thirty (30) days after the Final Service Date or, in the case of mail or packages which require a signature from the Center as a condition of delivery, more than ninety(90)days after the Final Service Date.

7)   The term of this Agreement shall be the initial period paid for by Customer and any renewal period paid for by Customer from time to time. Renewal of this Agreement for additional terms shall be at the Center's sole discretion.

8)   Customer agrees that the Center may terminate or cancel this Agreement for good cause at any time by providing Customer thirty (30) days written notice. Good cause shall include but is not limited to; 1) Customer abandons the mailbox; 2) Customer uses the mailbox for unlawful, illegitimate or fraudulent purposes; 3) Customer fails to pay monies owed the Center when due; 4) Customer receives an unreasonable volume of mail or packages; 5) Customer engages in offensive, abusive or disruptive behavior toward other customers of the Center or the Center's employees; and 6) Customer violates any provision of this Agreement. Customer acknowledges that, for the purpose of determining good cause for termination of this Agreement as provided herein, the actions of any person authorized by Customer to use the Mailbox will be attributed to Customer.

9)   Any written notice to Customer required or permitted under this Agreement shall be deemed delivered twenty-four(24)hours after placement

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER     KABOV_097704

EXHIBIT B

## ADDENDUM

This Addendum is incorporated into Mailbox Service Agreement dated _02/15/1(_
for mail box number ___369___ .

- Termination

When you decide to close the box, please send us a written notice or come in to our store
to close the box. If you do not close, we cannot rent the box to someone else, and you
will be obligated to pay the box rental continuously.

Initial: _D. K._

- Mail Box Number

Any mail arrives here without your box number could be returned to the sender. It is
impossible for us to remember so many box holders by name. Please make sure your
sender write your box number.

Initial: _D. K._

- Mail Overflow

Please pick up your mail regularly to prevent overflow. It takes much of our extra time
and efforts trying to fit into the box and it also damages the box. There is a special
handling charge of $ 2.00 for overflow.

Initial: _D. K._

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

EXHIBIT B

KABOV_097705

# EXHIBIT C

**T· ·Mobile· stick together**

T-Mobile USA
Law Enforcement Relations Group
4 Sylvan Way
Parsippany, New Jersey 07054
Phone (973) 292-8911
Fax (973) 292-8697

Date   May 30, 2015

DI KEVIN BUNTROCK

LOS ANGELES, CA

Dear DI BUNTROCK

  This is in response to the Court Order 15 0938M, dated May 20, 2015, and served upon T-Mobile USA, Inc. on May 30, 2015. This subpoena requests Subscriber Information for the T-Mobile subscriber associated with MSISDN: 310-593-1027.

  A search of our subscriber database discloses the following information:

| | |
|---|---|
| Billing Account Number: | 829065321 |
| Billing Account Status: | Canceled |
| Billing Account Name: | MOISES V GONZALEZ |
| Date of Birth: | ▮▮▮▮▮ |
| Social Security Number: | ▮▮▮▮▮ |
| Company Name: | GONZALEZ |
| Address: | ▮▮▮▮▮ ENNOX, CA, 90304 |
| Telephone 1: | N/A |
| Telephone 2: | 310-593-1027 |
| IMSI: | 310260468753332 |
| Mobile Number: | 310-593-1027 |
| Mobile Number Name: | MOISES V GONZALEZ |
| Date Account Established: | 10/02/2011 |
| MSISDN Status: | Canceled |
| Disconnect Type and Date: | Non-Payment 03/13/2012 |
| Brand: | TMUS |
| Last Refill Date: | N/A |
| Ported Indicator: | Regular |

☐   Original materials follow via US Mail.

  **Should you have any questions regarding this information please feel free to contact me at your convenience. My direct telephone number is: 973-292-8948.**

Very truly yours,

Cathleen Rodriguez
T-Mobile Law Enforcement Relations Group

EXHIBIT C

KABOV_034348

# EXHIBIT D

KABOV 121106

# AFIS Search Form

| Image # | Date Launched | Position | Class | Date Compared | ID (Y/N) | Name | FBI# | Comments |
|---|---|---|---|---|---|---|---|---|
| 64 | 1-15-14 | 1-5 | whorl | 1-15-14 | N | | | |
| 64a | 1-15-14 | 6-10 | whorl | 1-15-14 | N | | | |
| 01 | 1-15-14 | 1 | r/s | 1-15-14 | N | | | |
| 02 | 1-15-14 | 7 | l/s | 1-15-14 | N | | | |
| 09 | 1-15-14 | 1-4 | r/s | 1-15-14 | N | | | |
| 09a | 1-15-14 | 5-10 | r/s | 1-15-14 | N | | | |
| | | | | | | | | |

Latents Searched: 4
Latents Identified: 0
Individuals Compared: 120
Individuals Identified: 0

Page:
Analyst:

EXHIBIT D

TITLE AFIS Search Form
APPROVED BY: SW PETERS

EFFECTIVE DATE: 10/01/2013
REFERENCE NUMBER F-FP-4.1.03-01
PAGE 1 of 1

Printed copies of this document are uncontrolled.

9-220-009473 (2)

5+5
7p
1-15-14

**LATENT PRINT UNIT WORKSHEET**
**LATENT PRINT LOG**

| Exhibit | Latent | Developed with: | Description | Photo # | Comparisons: | Entered into IAFIS |
|---------|--------|-----------------|-------------|---------|--------------|--------------------|
| IS0000 622564 | FP | NIN | Back of card | IS00006225 64-card | | 64, 64a |
| IS0000 622565 | FP | BP | Back of magazine | IS00006225 65 | | |
| IS0000 622566 | FP | NIN | Front of mailer | IS00006225 66-mailer | | 01 |
| IS0000 622566 | FP | NIN | Front of mailer | IS00006225 66-mailer2 | | 02 |
| IS0000 622566 | FP | NIN | Front of mailer | IS00006225 66-mailer3 | | |
| IS0000 623009 | FP | ABP | Adhesive side of tape | IS00006230 09-tape | | 09, 09a |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Lab no.:  **9-220-009473(2)**
**Initials:**
**Date: 1/14/14**
**Page:**  4 of 5

1-15-14

EXHIBIT D

Summary: Six latent fingerprints were developed, see latent

print log

See communications log reference individuals for comparison

1-15-14    Four prints entered in IAFIS; no hits

The latent fingerprint images were saved to CD for secondary

evidence, barcode # IS0000844665.

Evidence submitted under barcodes  IS0000622564 — 66 and IS0000623009

will be returned Registered Mail # RB 595 706 483 US.

9-220-009473 (2)

3 of 5  p 1-15-14

1-14-14 (continued)

    NIN (control +) (box, envelope, card)    Latent developed
    RGG (items CA's) (control +)    no latents of value

IS0000622565 (sealed plastic bag, inventoried 1-14-14)

    Express Mail envelope containing:
      1 Foodsaver bag w/ 2 pieces of tape removed
      1 JP magazine
      1 Express Mail Tyvek envelope

IS0000622566 (sealed plastic bag, inventoried 1-14-14)

    Express Mail envelope containing:
      2 Foodsaver bags
      1 Ready Post cushion mailer

IS0000623009 (sealed plastic bag, inventoried 1-14-14)

    Brown box w/ FedEx label w/ 13 pieces of clear tape removed

1-14-14  Items in ~~brackets~~ IS0000622565, IS0000622566, IS0000623009, inventoried, ok

    Visual (all)    no latents noted
    CA (#2 control +) (bags, magazine, Tyvek envelope)    no latents of value developed
    Tape removed using UnDu
    ABP (control +) (tape)    no latents of value
    NIN (control +) (5M envelopes, cushion mailer, box, Tyvek envelope)    latents developed

    Latent on IS0000623009, adhesive side of tape, personally photographed
    w/ DCS-3.

    BP (bags, magazine)    latent developed on magazine

    Attempts to photograph FP on magazine were unsuccessful; latent lifted
    and transferred to lift card
    Magnetic powder (Tyvek envelope)    No latents

1-15-14  Latents personally photographed w/ DCS-3
    Latent lift card photographed, card to be returned w/ evidence

9-220-009473(2)

EXHIBIT D

2 of 5 pp 1-15-14

**U.S. POSTAL SERVICE**
**NATIONAL FORENSIC LABORATORY**
**LATENT PRINT UNIT WORKSHEET**

**Lab No.:** 9-220-009473 (2)    **Analyst:** A. Pratt

**Case No.:** 1903974 - PMN    **Case Inspector/Agent:** D. Johnson

**Examination Begin Date:** 1-13-14    **Examination End Date:** 1-15-14

**Date Received by Analyst:** 1-13-14    **Packaging:** (Box) Envelope / Other _____    **Sealed:** (Yes)/ No

---

Rec'd sealed brown box from G. Hui    LOK: 8-28-13    Rec'd in Lab: 8-30-13

1-13-14    Inventoried barcodes; OK

I S0000622564 (sealed plastic bag, inventoried 1-14-14)
Brown box w/ FedEx label + 13 pieces of clear tape removed, containing:

2 Airplus patches
1 Foodsaver bag
1 can w/ lid of Chocolate Hazelnut wafers containing:
1 brown plastic bag w/4 pieces of clear tape removed
1 piece aluminum foil
1 closed/sealed pack of coffee flavored snacks
2 sealed Hazelnut bars
1 sealed Milk chocolate bar w/ hazelnut
1 sealed Milk chocolate bar
1 sealed package of Belgian wafers
1 yellow envelope w/ Get Well card

                              items in
1-14-14    inventoried ^ w/ barcode # I S0000622564 ; inventory OK
            Visual            no latents noted
            CA (#2 control +) (all except box, envelope, card)    no latents of value
            Tape removed from box with UnDu
            ABP (control +) (tape)    no latents of value

**Note: Please refer to the appropriate reagent/equipment log book(s)**
**or manual(s) for functionality tests and/or calibration.**

**Initials:** AP    AP 1-15-14
**Page:** 1 of 5

9-220-009473 (2)

---

TITLE    Standardized Worksheet – Page1    REFERENCE NUMBER F-FP-4.1.01-01
APPROVED BY: SW PETERS    EFFECTIVE DATE: 10/01/13    PAGE 1 of 1
Printed copies of this document are uncontrolled.

# EXHIBIT D

# EXHIBIT E

**Barron, Ben (USACAC)**

| | |
|---|---|
| **From:** | Barron, Ben (USACAC) |
| **Sent:** | Friday, December 9, 2016 11:20 AM |
| **To:** | 'Marc Nurik' |
| **Cc:** | Weinstein, Ryan (USACAC) |
| **Subject:** | RE: U.S. v Kabov |

I will have our paralegal send you the original TIF files. They are too large to email.

---

**From:** Marc Nurik [mailto:marc@nuriklaw.com]
**Sent:** Friday, December 9, 2016 11:17 AM
**To:** Barron, Ben (USACAC) <bbarron@usa.doj.gov>
**Cc:** Weinstein, Ryan (USACAC) <rweinstein@usa.doj.gov>
**Subject:** U.S. v Kabov

Ben:

Preliminary to any need to review the actual exhibits, the fingerprint analysis expert we have engaged has attempted to inspect the images provided to the defense in the Government's Discovery responses.

Unfortunately, the images provided in discovery are not of sufficient quality to enable a proper review.

Our expert has advised us of the following:

*"The images you sent to Dropbox came through fine but they are all pdf files and therefore are of too low a resolution for analysis. (See my original guidelines below.)*
*The Postal Service Lab is aware of the standards and should provide acceptable images."*

*Guidelines:*
*A copy of the original fingerprint examiner's notes and reports and "forensic quality photos or scans" of the fronts and backs of ALL latent print lift cards or photos as well as the file prints of the person(s) to whom they were compared.*
Xerox, PDF. or fax copies of fingerprints are not acceptable. *(Forensic quality scans are to F.B.I., SWGFAST or ANSI-NIST national standards: 1000 p.p.i or greater, 256 shades of gray or color in JPEG or TIFF format.. For convenience, digital files may be sent by file transfer, e.g Dropbox, or on disk.*

Ben, Please advise as to how we can resolve this problem. I am sure your expert had access to higher resolution images.

Thank you,

Marc

EXHIBIT E

# EXHIBIT F

**Barron, Ben (USACAC)**

---

| | |
|---|---|
| **From:** | Marc Nurik <marc@nuriklaw.com> |
| **Sent:** | Wednesday, January 11, 2017 9:36 PM |
| **To:** | Barron, Ben (USACAC); Victor Sherman |
| **Subject:** | Re: Geolocational information |

Ben:
I will talk with Victor in the morning about our list and tentative order and talk to you in Court.
Meanwhile, I have confirmed that in light of Angela Pratt's testimony that she could not rule out a match of one finger of my client to the latent  on the 'get well soon" card, I have had an expert (Kurt Kuhn) compare a much better set of Dabo's knowns recently taken by him to that latent print. He concludes that he can exclude  all of Dalibor Kabov's known prints from matching that latent. ( no match).
I will hopefully have his report and images ((new set of knowns) in the late morning tomorrow and will provide them to you. We would probably have him testify on Tuesday.

Marc

Sent from my iPhone

> On Jan 11, 2017, at 8:45 PM, Barron, Ben (USACAC) <Ben.Barron@usdoj.gov> wrote:
>
> I should be able to verify in the morning.  Who're your witnesses?
>
> Sent from my iPhone
>
> On Jan 11, 2017, at 8:26 PM, Marc Nurik <marc@nuriklaw.com<mailto:marc@nuriklaw.com>> wrote:
>
> Ben:
> I want to make sure that I have all the reports re Court Gettel.
> I have two reports of debriefings.
> Thanks
> Marc
>
> Sent from my iPhone
>
> On Jan 11, 2017, at 5:12 PM, Barron, Ben (USACAC) <Ben.Barron@usdoj.gov<mailto:Ben.Barron@usdoj.gov>> wrote:
>
> The device is N31 (the 4779 phone), and you can find it at Bates 105029.  The timeline aggregates text message, call log, locational info, etc.
>
> I did a quick review, and here is the available locational data for the time period January 7, 2012 through January 9, 2012, which you can find starting at entry 120.
>
>
> 120
>
> Locations
>
> Unknown

EXHIBIT F