UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT

| Case No. | CR 15-511(A)-DMG | Date | March 13, 2019 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Kane Tien | Anne Kielwasser | Benjamin R. Barron<br>Matthew W. O'Brien |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Berry Kabov | ✓ | ✓ | | Janet E. Hong | ✓ | ✓ | |

**PROCEEDINGS:**  **SENTENCING AND JUDGMENT**  ☐ Contested  ☒ Non-Evidentiary
Day ___ (if continued from a prior hearing date)

☐ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.  _X_  Refer to separate Judgment Order.

☐ Imprisonment for____ years/months on each of count(s)_____

☐ Count(s)_____ concurrent/consecutive to count(s)_____

☐ Fine of _____ is imposed on each of count(s) concurrent/consecutive.

☐ years/months Supervised Release/Probation imposed on count(s) _____

☐ consecutive/concurrent to count(s) _____
under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and
conditions, under the direction of the Probation Office:

☐ Perform _____ hours of community service. ☐ Pay _____ fine amounts & times determined by P/O.

☐ Serve _____ in a CCC/CTC. ☐ Make $_____ restitution in amounts & times determined by PO.

☐ Participate in a program for treatment of narcotic/alcohol addiction.

☐ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with
rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision
report to the nearest P/O within 72 hours.

☐ Other conditions:

☑ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the
defendant does not have the ability to pay.

☑ Pay $ 100 per count, special assessment to the United States for a total of $ 2,000

☐ Imprisonment for____ months/years and for a study pursuant to 18 USC _____
with results to be furnished to the Court within ____ days/months whereupon the sentences shall be subject to modification. This
matter is set for further hearing on _____

☑ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

☑ Defendant informed of right to appeal.

☐ ORDER sentencing transcript for Sentencing Commission. ☐ Processed statement of reasons

☑ Bond Exonerated ☐ upon surrender ☐ upon service of _____

☐ Execution of sentence is stayed until 12 noon, _____
at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the
U.S. Marshal.

☑ Filed and distributed judgment. ENTERED.

☑ Other: The Court recommends that the defendant be designated to a federal correctional facility in the Southern California area.
The Court also recommends that the defendant be assessed for suitability for the Bureau of Prisons' 500-Hour Residential Drug Abuse
Program.

cc:

:29

**Initials of Deputy Clerk** KT