UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 15-511-DMG |
| Plaintiff, | ORDER [433] |
| vs. | |
| BERRY KABOV and DALIBOR KABOV, | |
| Defendants. | |

The Court GRANTS Defendants' motion for leave to file their reply.

IT IS SO ORDERED.

DATED: April 10, 2020

　　　　　　　　　　　　　　　　　　　　　　
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE